UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MONITA BryANT | § |
| | § |
| | § Civil Action No. 9:16-CV-00140-RC |
| v. | § |
| | § |
| CHRISTOPHER D HILL, KAYLEE HARROD, CPS-GREGG COUNTY, KELSEY DRENAIN | § |
| | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court referred this case to United States Magistrate Judge Keith F. Giblin for pretrial management pursuant to 28 U.S.C. § 636. On October 11, 2016, Judge Giblin entered his report (Doc No. 3) containing proposed findings of fact and a recommendation that the *pro se* plaintiff's claims be dismissed in their entirety as frivolous pursuant to 28 U.S.C. § 1915(e)(2). Having received the report of the United States Magistrate Judge, and no objections having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report.

It is, therefore, **ORDERED** that the Report and Recommendation on Dismissal (Doc. No. 3) is **ADOPTED** and the plaintiff's claims are **DISMISSED** in their entirety, without prejudice.

All pending motions are **DENIED as MOOT**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

**So Ordered and Signed**
**Nov 17, 2016**

_____
Ron Clark, United States District Judge